UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

LEWIS COMMUNICATIONS, INC.,

    Plaintiff,

v.                                                                                    3:06cv128-WS

ZOHOURI SEA GROVE LP, f/k/a
ZOHOURI DEVELOPMENT SOUTH
WALTON, LLP,

    Defendant.

## ORDER ADOPTING PARTIES' PROPOSED DISCOVERY SCHEDULE

Before the court is the parties' joint scheduling report (doc. 17). The court having now reviewed the parties' alternative discovery schedule, it is ORDERED:

1. The parties' proposed alternative discovery schedule is hereby ADOPTED.

2. All discovery shall be commenced in time to be completed by October 2, 2006.

3. Potentially dispositive motions, if any, shall be filed by October 15, 2006.

4. Plaintiff's counsel shall advise the court on or before October 2, 2006, whether and when the parties will attend mediation.

DONE AND ORDERED this   25th   day of   July  , 2006.

        s/ William Stafford
        WILLIAM STAFFORD
        SENIOR UNITED STATES DISTRICT JUDGE