IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

LEWIS COMMUNICATIONS, INC.,
    Plaintiff,

v.                                        Case No. 3:06cv128/WS/EMT

ZOHOURI SEAGROVE, L.P.,
    Defendant.
_____/

## O R D E R

This cause is before the court upon Defendant's four motions: (1) Defendant's Stipulated Motion for Leave to Amend, in which Defendant requests leave to amend its answer (Doc. 23); (2) Defendant's Stipulated Motion for Extension of Time to Engage in Discovery, in which Defendant requests a sixty-day extension of the discovery deadline (presently set at October 2, 2006) (Doc. 24); (3) Defendant's Stipulated Motion for Extension of Time to Address Mediation, in which Defendant requests an additional sixty days to address the issue of mediation (the parties are presently required to advise the court by October 2, 2006 whether and when the parties will attend mediation) (Doc. 25); and (4) Defendant's Stipulated Motion to Supplement Expert Witness Disclosures, in which Defendant requests a "thirty-day suspense" within which to supplement its Rule 26(a)(2) disclosures (Doc. 26).[1]  All four motions are unopposed by Plaintiff.  Upon careful consideration of Defendant's motions, the requested relief will be granted.

Accordingly, it is **ORDERED**:

---

[1] The court notes that Defendant's Rule 26(a)(2) disclosures were due on or before September 6, 2006 (*see* Doc. 17, ¶ 8).  The court construes Defendant's request in the instant motion as a request to supplement its disclosures within thirty days from October 2, 2006, the date the instant motion was filed.

1.  Defendant's unopposed motions (Docs. 23, 24, 25, and 26) are hereby **GRANTED**. The deadline to complete discovery and to address the issue of mediation is now December 1, 2006, and Defendant shall have until November 1, 2006 to supplement its Rule 26(a)(2) expert witness disclosures.

2.  Pursuant to N.D. Fla. Loc. R. 15.1, Defendant shall separately file an original copy of its amended answer on or before **October 6, 2006.**

**DONE AND ORDERED** this 4th day of October 2006.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**UNITED STATES MAGISTRATE JUDGE**