IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

LEWIS COMMUNICATIONS, INC.,

    Plaintiff,

v.                                                                                3:06cv128-WS

ZOHOURI SEAGROVE, L.P., f/k/a
ZOHOURI DEVELOPMENT SOUTH
WALTON, L.L.P.,

    Defendant.

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

    Before the court is the magistrate judge's report and recommendation (doc. 61) docketed July 5, 2007.  The magistrate judge recommends that the plaintiff's motion for summary judgment (doc. 42) be granted in part and denied in part.  The defendant has filed no objections to the report and recommendation.  Indeed, the defendant filed no response to the motion for summary judgment and, in addition, failed to respond to the magistrate judge's order to show cause why the plaintiff's summary judgment motion should not be granted.  Although the defendant—through counsel—originally appeared in the case and answered the complaint, filed motions, and submitted attorney time records, defense counsel has since been granted leave to withdraw from the case based on "the defendant's failure to cooperate with counsel and to pay pursuant to the retainer agreement."  Doc. 49.  The defendant was given thirty (30) days in which to

obtain new counsel, but no appearance has since been entered by an attorney on the defendant's behalf. The clerk's office has advised that mailings sent to the defendant have not been returned.

The court having considered the record, it is ORDERED:

1. The magistrate judge's report and recommendation (doc. 61) is ADOPTED and incorporated by reference into this order.

2. The plaintiff's motion for summary judgment (doc. 42) is GRANTED as to its breach of contract claim but is DENIED as to its open account claim.

3. The clerk shall enter judgment for the plaintiff in the amount of $143,657.78, plus accrued interest at the rate of one-and-a-half (1.5%) percent per month through the date that judgment is entered.

4. Upon entry of judgment, the clerk shall return the file to the magistrate judge for a determination of attorneys' fees and costs.

DONE AND ORDERED this  11th  day of  September , 2007.

                                    s/ William Stafford
                                    WILLIAM STAFFORD
                                    SENIOR UNITED STATES DISTRICT JUDGE