IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

LEWIS COMMUNICATIONS, INC.,

    Plaintiff,

v.        3:06cv128-WS

ZOHOURI SEAGROVE, L.P., f/k/a
ZOHOURI DEVELOPMENT SOUTH
WALTON, L.L.P.,

    Defendant.

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (doc. 74) docketed November 15, 2007.  A default judgment (doc. 64) was entered against the defendant on September 11, 2007.  The magistrate judge now recommends that the defendant be ordered to pay the plaintiff's attorney's fees and expenses in the amount of $32,703.82.  Neither the plaintiff nor the defendant has filed objections to the report and recommendation.

The defendant's copy of the report and recommendation was returned to the court as undeliverable.  Although the defendant—through counsel—originally appeared in the case and answered the complaint, filed motions, and submitted attorney time records, defense counsel was granted leave to withdraw from the case on January 9, 2007, based on "the defendant's failure to cooperate with counsel and to pay pursuant to the

retainer agreement."  Doc. 49.  The defendant has since failed to participate in the case.

The court having considered the record, it is ORDERED:

1.  The magistrate judge's report and recommendation (doc. 74) is ADOPTED and incorporated by reference into this order.

2.  The defendant shall pay to the plaintiff, within 10 days of the date of this order, the amount of $32,703.82 for attorney's fees and expenses incurred in this action.

3.  The clerk shall enter judgment in the plaintiff's favor consistent with this order.

DONE AND ORDERED this   11th   day of   January  , 2008.


                s/ William Stafford
                WILLIAM STAFFORD
                SENIOR UNITED STATES DISTRICT JUDGE